1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   COURTNEY J. LINN
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2738
5
   Attorneys for Plaintiff
6  United States of America

7

8           UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 IN RE:                    )    No. Mag. SW-05-0051 PAN
                             )
12     SEARCH WARRANT        )    APPLICATION TO UNSEAL SEARCH
                             )    WARRANT; [PROPOSED] ORDER
13 _____)

14

15                       APPLICATION

16     On February 22, 2005, this Court issued a search warrant for
17 the captioned matter, and sealed the application and affidavit
18 for search warrant as well as the search warrant. Presently, the
19 warrant has been executed and there is no longer cause for these
20 documents to remain sealed. Accordingly, the Government
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

respectfully requests that the application and search warrant for this matter be unsealed.

DATED: June 1, 2005

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

By: _____
     S. ROBERT TICE-RASKIN
     Assistant U.S. Attorney

## ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the following documents for the captioned matter be UNSEALED: (1) the application and affidavit for search warrant; and (2) the search warrant.

Date: June 3, 2005

_____
HONORABLE PETER A. NOWINSKI
United States Magistrate Judge

2